In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00024-CV
_____

IN THE INTEREST OF C.E.L. AND B.W.L.

On Appeal from the County Court at Law No. 2
Orange County, Texas
Trial Cause No. E150561-D

MEMORANDUM OPINION

On January 28, 2019, appellant filed a notice of appeal from the trial court's order in this suit affecting the parent-child relationship. On May 31, 2019, we notified the appellant that the appellant's brief was past due and warned that if the brief and a motion for extension of time were not filed, the case would be submitted to the Court on the record alone. The Clerk also notified the parties that submission without briefs could result in dismissal of the appeal for want of prosecution.

1

The Clerk has provided notice to appellant that the appeal could be dismissed for want of prosecution for failure to comply with the Court's direction. Appellant has failed to comply with the Court's instruction to prosecute the appeal. Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 9, 2019
Opinion Delivered July 11, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.